```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         APR 1 5 2015

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:14-cr-00353-GMN-GWF |
| vs. | ) | |
| | ) | |
| CHAYPHET VORAVONG, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

On April 14, 2015, this Court granted the defendant's request that new counsel be appointed, as stated on the record.

Accordingly, IT IS HEREBY ORDERED that Thomas F. Pitaro, is APPOINTED as counsel for Chayphet Voravong in place of David R. Fischer for all future proceedings.

Mr. Fischer shall forward the file to Mr. Pitaro forthwith.

DATED this 15th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE